IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LG. PHILIPS LCD., CO. LTD, <br>     Plaintiff, <br><br> v. <br><br> MICHELE B. BOVIO <br>     & <br> ROBERT C. FRAME, <br>     Defendants. | Civil Action No. 04 11076 RCL |

FILED IN CLERKS OFFICE
2004 MAY 24 P 4:04
U.S. DISTRICT COURT
DISTRICT OF MASS.

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, counsel for Plaintiff LG Philips LCD Co., LTD states that the names of all parent corporations and any publicly held companies that own 10 percent or more of LG. Philips LCD Co., LTD are: LG Electronics Inc. and Royal Philips Electronics, N.V.

Dated: May 24, 2004

Plaintiff,
By its attorneys,

_____
Robert A. Murphy (BBO No. 363700)
Andrew M. Higgins (BBO No. 233800)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

Of Counsel:
Anthony C. Roth
Corinne A. Niosi
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Fax: (202) 739-3001

8232.0/321653.1

1