AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

LG. Philips LCD., Co. Ltd.

V.

Michele B. Bovio and
Robert C. Frame

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11076 RCL

TO: (Name and address of Defendant)

Robert C. Frame
3 John Pratt Circle
Westboro, MA 01581-1775

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew M. Higgins, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: MAY 25 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | JUNE 3, 2004 |
| NAME OF SERVER *(PRINT)* <br> SEAN P. CALLIS | TITLE | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and~~ ~~discretion then residing therein.~~ AT 3 JOHN PRATT CIRCLE, WESTBORO, MA

~~Name of person with whom the summons and complaint were left:~~

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL <br> $50. | SERVICES <br> $25. | TOTAL ~~$0.00~~ $75. |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   JUNE 3, 2004           *[signature]* Sean P. Callis
                    Date                          *Signature of Server*

                                357 CAMBRIDGE STREET, CAMBRIDGE, MA
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.