IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL -2 P 1:41

U.S. DISTRICT COURT
DISTRICT OF MASS

LG. PHILIPS LCD., CO. LTD, )
    Plaintiff, )
 )
v. )  Civil Action No. 04-11076-RCL
 )
MICHELE B. BOVIO )
   &amp; )
ROBERT C. FRAME, )
    Defendants. )
 )

### REQUEST FOR ENTRY OF DEFAULT OF ROBERT C. FRAME

Pursuant to Rule 55, Fed.R.Civ.Pro., Plaintiff LG Philips LCD, Co. LTD requests that the clerk enter the default of defendant Robert C. Frame. An Affidavit of Andrew M. Higgins is attached hereto.

Dated: July ___, 2004

Of Counsel:
Anthony C. Roth
Corinne A. Niosi
MORGAN, LEWIS & BOCKUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 739-3000
Fax: (202) 739-3001

Plaintiff,
By its attorneys,

_____
Robert A. Murphy (BBO No. 363700)
Andrew M. Higgins (BBO No. 233800)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

CERTIFICATE OF SERVICE

I hereby certify that on July ___, 2004, a true copy of the Request for Entry of Default of Robert C. Frame was served upon him via first class mail at 3 John Pratt Circle, Westboro, MA 01581.

_____
Andrew M. Higgins

8232.0/325219.1

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUL -2 P 1:41
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| LG. PHILIPS LCD., CO. LTD,<br>Plaintiff,<br><br>v.<br><br>MICHELE B. BOVIO<br>&<br>ROBERT C. FRAME,<br>Defendants. | Civil Action No. 04-11076-RCL |

### AFFIDAVIT OF ANDREW M. HIGGINS

1. I am an attorney for plaintiff LG Philips LCD., Co. LTD, and a member of the bar of this court.

2. As it appears from the return of service filed with the court, service of process was made upon Robert C. Frame on June 3, 2004, by Sean B. Callis, Constable, by leaving copies at his dwelling house or usual place of abode, 3 John Pratt Circle, Westboro, MA.

3. The time in which Robert C. Frame was required by the rules to plead or otherwise defend has expired.

SIGNED UNDER PENALTIES OF PERJURY THIS 1st DAY OF JULY, 2004.

_____
ANDREW M. HIGGINS

8232.0/325223.1

1