# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE

LG. PHILIPS LCD., CO. LTD.
V.
ROBERT C. FRAME and
MICHELE B. BOVIO

SUMMONS IN A CIVIL CASE

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER: 04-11076-RCL

TO: (Name and address of Defendant)

Robert C. Frame
3 John Pratt Circle
Westboro, MA  01581-1775

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew M. Higgins, Esq.
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA  02210

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  July 2, 2004

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JULY 2, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| TIMOTHY MCGONIGAL | CONSTABLE/DISINTERESTED PERSON |

*Check one box below to indicate appropriate method of service*

[XX] Served personally upon the defendant. Place where served: 3 JOHN PRATT CIRCLE, WESTBORO, MA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $59. | $25. | $84 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JULY 2, 2004

*Signature of Server*

357 CAMBRIDGE STREET, CAMBRIDGE, MA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.