UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL 13 P 12: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LG. PHILIPS LCD., CO. LTD,<br>Plaintiff,<br><br>v.<br><br>MICHELE B. BOVIO<br>&<br>ROBERT C. FRAME,<br>Defendants. | Civil Action No. 04-11076-RCL |

## MOTION TO APPEAR PRO HAC VICE

Plaintiff moves, pursuant to L.R. 83.5.3(b), that the Court admit Anthony C. Roth a member of the bars of Michigan and the District of Columbia, *pro hac vice* to appear and practice in this Court for all purposes in the above-captioned matter.

As grounds for this motion, plaintiff states:

1.  Mr. Roth is a partner in the firm of Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, N.W., Washington, D.C. 20004. He is a member in good standing of the bar of every jurisdiction in which he has been admitted to practice.

2.  The certificate of Mr. Roth is submitted herewith.

3.  Andrew M. Higgins of the firm of Casner & Edwards, LLP, a member of the bar of the Commonwealth of Massachusetts and of this Court, has entered an appearance on behalf of plaintiff and will act as local counsel for the purpose of service of all pleadings and orders in this action.

Dated: July 12, 2004

LG. PHILIPS LCD., CO. LTD,
By its attorney,

_____
Andrew M. Higgins, BBO # 233800
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each party by mail (by hand) on 7/12/04

(Signature)

8232.0/325702.1