UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LG. PHILIPS LCD., CO. LTD,<br>　　　　Plaintiff,<br><br>v.<br><br>MICHELE B. BOVIO<br>&<br>ROBERT C. FRAME,<br>　　　　Defendants. | Civil Action No. 04-11076-RCL |

FILED IN CLERKS OFFICE
2004 JUL 13 P 12: 28
U.S. DISTRICT COURT
DISTRICT OF MASS

**CERTIFICATE OF ANTHONY C. ROTH IN SUPPORT OF
MOTION TO APPEAR PRO HAC VICE**

1. I am a partner in the firm of Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, N.W., Washington, D.C. 20004.

2. I am a member of the bars of Michigan and the District of Columbia and I am a member in good standing of the bar of every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

Dated: July 9, 2004

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Anthony C. Roth