SCANNED
DATE: 07/23/04
BY: SKY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L.G. PHILIPS LCD., CO. LTD )<br>　　　　Plaintiff　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>MICHELE B. BOVIO, and　　　　　)<br>ROBERT C. FRAME　　　　　　　)<br>　　　　Defendants　　　　　　　)<br>　　　　　　　　　　　　　　　　) | Civil Action No. 04-11076 (RCL) |

## ENTRY OF APPEARANCE

We, Edward D. Shoulkin and Andria Coletta, hereby enter our appearances on behalf of defendant, Robert C. Frame.

_/s/ Edward Shoulkin_
Edward D. Shoulkin, Esq.
B.B.O. No. 555483

_/s/ Andria Coletta_
Andria Coletta
B.B.O. No. 636930

Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street
Boston, MA 02109

617-654-8200
617-482-5350 – Fax

## CERTIFICATE OF SERVICE

I, Andria Coletta, attorney for defendant, Robert C. Frame, hereby certify that on July 22, 2004, I mailed a copy of the following Entry of Appearance by regular mail, postage prepaid, to Andrew M. Higgins, Casner & Edwards, LLP, 303 Congress St., Boston, MA 02210 and Anthony C. Roth, Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Ave., N.W., Washington, D.C. 20004.

_/s/ Andria Coletta_
Andria Coletta