UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) CIVIL ACTION NO. CV-04 11076 (RCL) <br> ) |
| MICHELE B. BOVIO & <br> ROBERT C. FRAME, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**DECLARATION REGARDING SERVICE OF
SUMMONS AND COMPLAINT ON DEFENDANT MICHELE B. BOVIO**

I, Jo Ann M. Akers, declare as follows:

1. I am over the age of 18 years, not a party to this action, and employed in the District of Columbia, by Morgan Lewis & Bockius LLP, 1111 Pennsylvania Avenue, N.W., Washington, D.C., 20004.

2. Attached hereto as Exhibit A is a true and accurate copy of U.S. Postal Service Form PS 2865 (return receipt form for international mail), addressed to Michele B. Bovio at Piazza Sclopis 5, Brosso (TO) 10080 Italy. On July 15, 2004, I completed the addressee and sender information on Exhibit A.

3. On July 15, 2004, I also prepared an envelope addressed to Michele B. Bovio at the same address indicated on Exhibit A, containing an English-language copy of (1) the summons issued to Mr. Bovio and (2) the First Amended Complaint in the case

captioned above. I also enclosed in that envelope an Italian-language translation of (1) the summons issued to Mr. Bovio and (2) the First Amended Complaint in this case.

4.     On July 15, 2004, I submitted the envelope containing the summonses and copies of the First Amended Complaint to mail room personnel at Morgan, Lewis & Bockius LLP, along with Exhibit A, for the mail room personnel to affix Exhibit A to the envelope and to deposit these items with the U.S. Postal Service, which in the ordinary course of business would be deposited with the U.S. Postal Service.

5      On or about August 17, 2004, Exhibit A was returned to Morgan, Lewis & Bockius LLP bearing the signature of the addressee, the signature of the employee of the office of the destination, and the Italian postmarks.

I declare under penalty of perjury under the laws of the District of Columbia that the above is true and correct.

Executed on August 20, 2004, at Washington, D.C.

_____
Jo Ann M. Akers

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LG. PHILIPS LCD., CO. LTD,<br>  Plaintiff,<br><br>v.<br><br>MICHELE B. BOVIO &<br>ROBERT C. FRAME,<br>  Defendants. | Civil Action No. 04-11076-RCL |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Declaration Regarding Service of Summons and Complaint on Defendant Michele B. Bovio was served upon the following counsel of record by fax and first class mail on August 23, 2004:

Edward D. Shoulkin, Esq.
Andria Coletta, Esq.
Taylor Duane Barton & Gilman LLP
111 Devonshire Street
Boston, MA 02109

Christopher A. Matthews, Esq.
Michael L. Resch, Esq.
Howrey Simon Arnold & White LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071

Dated: August 23, 2004

Plaintiff,
By its attorneys,

*/s/ Robert A. Murphy*
Robert A. Murphy (BBO No. 363700)
Andrew M. Higgins (BBO No. 233800)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

Of Counsel:
Anthony C. Roth
Corinne A. Niosi
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Fax: (202) 739-3001

8232.0/329982.1

2