UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L.G. PHILIPS LCD., CO. LTD<br>Plaintiff<br><br>v.<br><br>MICHELE B. BOVIO, and<br>ROBERT C. FRAME<br>Defendants | )<br>)<br>)<br>)  Civil Action No. 04-11076 (RCL)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of August 30, 2004, counsel for the defendant, Robert C. Frame and Michele B. Bovio, in the above action, have moved their Boston office to:

Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA 02110

The Defendants,
Michele B. Bovio and
Robert C. Frame,
By Their Attorneys,

_____
Edward D. Shoulkin
B.B.O. No. 555483
Andria Coletta
B.B.O. No. 636930
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA 02110

## CERTIFICATE OF SERVICE

I Andria Coletta, attorney for the defendants hereby certify that on September 2, 2004, I served a copy of the foregoing Notice by mailing same postage pre-paid to all counsel of record.

_____
Andria Coletta