## UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LG. PHILIPS LCD., CO. LTD.<br>PLAINTIFF/PETITIONER<br>VS.<br>ROBERT C FRAME AND MICHELE B BOVIO<br>DEFENDANT/RESPONDENT | CAUSE #: 04-11076-RCL<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
910 5th Ave. Seattle, WA 98104
(206) 521-9000
TRACKING #: 3503678

**ORIGINAL**
**PROOF OF SERVICE**

MORGAN LEWIS & BOCKIUS LLP  202 739-3000
1111 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20004

Page 1 of 1
OR_WGENEVA