UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-11076-RCL</u>

L.G. PHILIPS
Plaintiff

v.

MICHELE BOVIO, ET AL
Defendant

### **NOTICE OF HEARING**

LINDSAY, D.J.

    TAKE NOTICE that the above-entitled case has been set for hearing on defendants' motion to dismiss at **3:00PM**, on **January 10, 2005,** in Courtroom No. 11, 5th floor, United States Courthouse.  Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.

                                                                    By the Court,

                                                                      /s/ Lisa M. Hourihan

                                                                      Deputy Clerk

December 1, 2004

To: All Counsel