UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**L.G. PHILIPS LCD., CO.**

V.                                        CIVIL ACTION NO. <u>04-11076-RCL</u>

**MICHELE BOVIO, ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of <u>January 10, 2005</u> allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: <u>Judgment for the defendants, Michele Bovio and Robert Frame</u> dismissing this action.

January 11, 2005
/s/ Lisa M. Hourihan
---------------------------
Deputy Clerk