UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2005 FEB -9 P 2: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LG. PHILIPS LCD., CO. LTD,<br>　　　　Plaintiff,<br><br>v.<br><br>MICHELE B. BOVIO<br>&<br>ROBERT C. FRAME,<br>　　　　Defendants. | Civil Action No. 04-11076-RCL |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff LG.Philips LCD, Co. Ltd., hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of this Court entered in this matter on January 11, 2005, and all orders and rulings merged therein, dismissing this action against Defendants Michele Bovio and Robert Frame.

Dated:  February 9, 2004

LG. PHILIPS LCD., CO. LTD,

By its attorney,

_____
Andrew M. Higgins, BBO # 233800
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party by first class mail, postage pre-paid, on February 9, 2004.

_____

1-WA/2338842.1