*2/16/05*

AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information Sheet

✓ United States District Court for the *District of Massachusetts*
___ United States Court of International Trade
___ United States Claims Court

Type of case: *Declaratory Judgment to establish Inventorship of patents*

v.

Plaintiff(s) *LG Philips LCD, Co LTD*   Defendant(s) *Michele B. Bruno, et al*

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. *04-11076*   Date of Judgment or Order *1/11/05*

Cross or related appeal? _____   Date of Notice of Appeal *2/9/05*

Appellant is: ✓ Plaintiff  ___ Defendant  ___ Other (explain) _____

FEES:  Court of Appeals Docket Fee Paid? ✓Yes ___No
       U.S. Appeal? ___Yes ___No
       In forma pauperis? ___Granted ___Denied ___Revoked ___Pending ___Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

*LG Phillips LCD, Co LTD*              *Michele B. Bruno*
*Andrew M. Higgins*                    *Adria V. Colella*
*Casner + Edwards LLP*                 *Taylor, Duane, Barton & Gilman  Suite 700*
*303 Congress Street 2nd Floor*        *10 Dorrance Street*
*Boston MA 02210 (614) 426-5900*       *Providence, RI 02903*
                                       *401-273-7171*

COURT REPORTER (Name and telephone): *Deborah Joyce 614-737-4410*

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2005 FEB -9 P 2:34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LG. PHILIPS LCD., CO. LTD,<br>Plaintiff,<br><br>v.<br><br>MICHELE B. BOVIO<br>&<br>ROBERT C. FRAME,<br>Defendants. | Civil Action No. 04-11076-RCL |

FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff LG.Philips LCD, Co. Ltd., hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of this Court entered in this matter on January 11, 2005, and all orders and rulings merged therein, dismissing this action against Defendants Michele Bovio and Robert Frame.

Dated: February 9, 2004

LG. PHILIPS LCD., CO. LTD,

By its attorney,

_____
Andrew M. Higgins, BBO # 233800
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party by first class mail, postage pre-paid, on February 9, 2004.

_____

1-WA/2338842.1

DOCKETED

(33)

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

<u>**L.G. PHILIPS LCD., CO.**</u>

v.                                        CIVIL ACTION NO. <u>04-11076-RCL</u>

<u>**MICHELE BOVIO, ET AL**</u>

<u>**JUDGMENT OF DISMISSAL**</u>

LINDSAY, D.J.

In accordance with the Court's Order of <u>January 10, 2005</u> allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: <u>Judgment for the defendants, Michele Bovio and Robert Frame</u> dismissing this action.

January 11, 2005

/s/ Lisa M. Hourihan
-----------------------------
Deputy Clerk

3/

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11076-RCL

| | |
|---|---|
| L.G. Philips LCD., Co. LTD v. Bovio et al | Date Filed: 05/24/2004 |
| Assigned to: Judge Reginald C. Lindsay | Jury Demand: Plaintiff |
| Cause: 35:145 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**L.G. Philips LCD., Co. LTD**  represented by  **Andrew M. Higgins**
Casner & Edwards, LLP
2nd Floor
303 Congress Street
Boston, MA 02110
617-426-5900
Fax: 617-426-8810
Email: higgins@casneredwards.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony C. Roth**
Morgan, Lewis & Bockius, LLP.
1111 Pennsylvania Ave, N.W.

Washington, D.C., DC 20004
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Murphy**

                                                Casner & Edwards, LLP
2nd Floor
303 Congress Street
Boston, MA 02210
617-426-5900
Fax: 617-426-8810
Email: rmurphy@casneredwards.com

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.
**Defendant**

Michele B. Bovio        represented by **Andria V. Coletta**
Taylor, Duane, Barton & Gilman
Suite 700
10 Dorrance Street
Providence, RI 02903
401-273-7171
Fax: 401-273-2904
Email: acoletta@tdbgllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Edward D. Shoulkin**
Taylor, Duane, Barton & Gilman
160 Federal Street
5th Floor
Boston, MA 02110
617-654-8200
Fax: 617-482-5350

|  |  |  |
|---|---|---|
|  |  | Email: eshoulkin@tdbgllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
| **Defendant**<br>**Robert C. Frame** | represented by | **Andria V. Coletta**<br>Taylor, Duane, Barton & Gilman, LLP<br>160 Federal Street, 5th Floor<br>Boston, MA 02110<br>617-654-8200<br>Fax: 617-482-5350<br>Email: acoletta@tdbgllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
|  |  | **Brian S. Kim**<br>Howrey Simon Arnold & White, LLP.<br>550 South Hope Street, Suite 1100<br>Los Angeles, CA 90071<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
|  |  | **Christopher A. Mathews**<br>Howrey Simon Arnold & White, LLP.<br>550 South Hope Street, Suite 1100<br>Los Angeles, CA 90071<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

**Edward D. Shoulkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Glenn W. Rhodes**
Howrey Simon Arnold &
White, LLP
525 Market Street, Suite 3600

San Francisco, CA 94105
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Heather H. Fan**
Howrey, Simon Arnold &
White, LLP
550 South Hope Street, Suite 1100
Los Angeles, CA
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Michael L. Resch**
Howrey, Simon Arnold &
White
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Teresa M. Corbin**

Howrey Simon & White
525 Market Street
San Francisco, CA 94105
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2004 | ●1 | COMPLAINT for Declaratory Judgment of Properly Recorded Inventorship Filing fee: $ 150, receipt number 55159, filed by L.G. Philips LCD., Co. LTD. (Stanhope, Don) Additional attachment(s) added on 6/1/2004 (Stanhope, Don). (Entered: 05/26/2004) |
| 05/24/2004 | ● | Summons Issued as to Michele B. Bovio, Robert C. Frame. (Stanhope, Don) (Entered: 05/26/2004) |
| 05/24/2004 | ●2 | CORPORATE DISCLOSURE STATEMENT by L.G. Philips LCD., Co. LTD. (Stanhope, Don) (Entered: 05/26/2004) |
| 05/26/2004 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Stanhope, Don) (Entered: 05/26/2004) |
| 06/18/2004 | ●3 | SUMMONS Returned Executed Robert C. Frame served on 6/3/2004, answer due 6/23/2004. (Stanhope, Don) (Entered: 06/22/2004) |
| 07/02/2004 | ●4 | Request for Entry of Default of Robert C. Frame. (Stanhope, Don) (Entered: 07/06/2004) |
| 07/08/2004 | ● | Summons Reissued as to Michele B. Bovio, Robert C. Frame. (Stanhope, Don) (Entered: 07/08/2004) |
| 07/09/2004 | ●5 | First AMENDED COMPLAINT for Declaratory Judgment of Properly Recorded Inventorship. against Michele B. Bovio, Robert C. Frame , filed by L.G. |

|  |  |  |
|---|---|---|
|  |  | Philips LCD., Co. LTD.(Stanhope, Don) (Entered: 07/09/2004) |
| 07/13/2004 | ● 6 | SUMMONS Returned Executed Robert C. Frame served on 7/2/2004, answer due 7/22/2004. (Stanhope, Don) (Entered: 07/14/2004) |
| 07/13/2004 | ● 7 | MOTION for Leave to Appear Pro Hac Vice by Anthony C. Roth by L.G. Philips LCD., Co. LTD. (Abaid, Kim) (Entered: 07/20/2004) |
| 07/13/2004 | ● 8 | AFFIDAVIT in Support re 7 MOTION for Leave to Appear Pro Hac Vice by Anthony C. Roth. (Abaid, Kim) (Entered: 07/20/2004) |
| 07/20/2004 | ● | Filing fee: $ 50.00, receipt number 57399 regarding Motion for Pro Hac Vice (Abaid, Kim) (Entered: 07/20/2004) |
| 07/22/2004 | ● 9 | NOTICE of Appearance by Andria V. Coletta, Edward D. Shoulkin on behalf of Robert C. Frame. c/s. (Bell, Marie) (Entered: 07/23/2004) |
| 07/22/2004 | ● 10 | MOTION to Dismiss for Lack of Jurisdiction by Robert C. Frame.(Bell, Marie) (Entered: 07/23/2004) |
| 07/22/2004 | ● 11 | MEMORANDUM in Support re 10 MOTION to Dismiss for Lack of Jurisdiction filed by Robert C. Frame. (Bell, Marie) (Entered: 07/23/2004) |
| 07/22/2004 | ● 12 | AFFIDAVIT of Michael L. Resch in Support re 10 MOTION to Dismiss for Lack of Jurisdiction . (Bell, Marie) (Entered: 07/23/2004) |
| 08/02/2004 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered granting 7 Motion for Leave to Appear Pro Hac Vice Added Anthony C. Roth for L.G. Philips LCD., Co. LTD (Stanhope, Don) (Entered: 08/02/2004) |
| 08/05/2004 | ● 13 | MEMORANDUM of LAW in Support of LPL'S Opposition to 10 Defendant Frame's MOTION to |

| | | |
|---|---|---|
| | | Dismiss for Lack of Subject Matter Jurisdiction filed by L.G. Philips LCD., Co. LTD. (Stanhope, Don) (Entered: 08/06/2004) |
| 08/05/2004 | 14 | DECLARATION of Anthony C. Roth in Support of LPL'S 13 Memorandum in Opposition to Defendant's Motion to Dismiss by L.G. Philips LCD., Co. LTD. (Attachments: # 1 Exhibit A-G NOT SCANNED) (Stanhope, Don) (Entered: 08/06/2004) |
| 08/13/2004 | 15 | MOTION of Defendant Robert C. Frame for Leave to File a Reply Brief in Support of his FRCP 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction. by Robert C. Frame.(Stanhope, Don) (Entered: 08/16/2004) |
| 08/20/2004 | 16 | MOTION to Appear Pro Hac Vice for Teresa M. Corbin, Esq. and Glenn W. Rhodes, Esq. and Christopher A. Mathews, Esq. and Brian S. Kim, Esq. and Michael L. Resch, Esq. and Heather H. Fan, Esq. by Robert C. Frame. (Attachments: # 1 Exhibit A-F NOT SCANNED)(Stanhope, Don) (Entered: 08/23/2004) |
| 08/23/2004 | 17 | DECLARATION Regarding Service of Summons and Complaint on Defendant Michele B. Bovio. by L.G. Philips LCD., Co. LTD. (Attachments: # 1 Exhibit A NOT SCANNED)(Stanhope, Don) (Entered: 08/25/2004) |
| 08/25/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 16 Motion for Leave to Appear Pro Hac Vice Added Teresa M. Corbin for Robert C. Frame, Glenn W. Rhodes for Robert C. Frame, Christopher A. Mathews for Robert C. Frame, Brian S. Kim for Robert C. Frame, Michael L. Resch for Robert C. Frame, Heather H. Fan for Robert C. Frame (Stanhope, Don) (Entered: 08/25/2004) |
| 08/27/2004 | 18 | MOTION for Leave to File Opposition to Defendant |

| | | |
|---|---|---|
| | | Frame's Motion to File Reply. by L.G. Philips LCD., Co. LTD.(Stanhope, Don) (Entered: 08/30/2004) |
| 08/27/2004 | ○24 | Plaintiff's Opposition to 15 Defendant Frame's MOTION for Leave to File Reply Brief in Support of His Motion to Dismiss for Lack Subject Matter Jurisdiction. filed by L.G. Philips LCD., Co. LTD. (Stanhope, Don) (Entered: 09/14/2004) |
| 08/30/2004 | ○19 | MOTION to Dismiss for Lack of Jurisdiction by Michele B. Bovio.(Stanhope, Don) (Entered: 09/01/2004) |
| 08/30/2004 | ○20 | MEMORANDUM OF LAW in Support of 19 MOTION to Dismiss for Lack of Jurisdiction filed by Michele B. Bovio. (Stanhope, Don) Additional attachment(s) added on 9/1/2004 (Stanhope, Don). (Entered: 09/01/2004) |
| 09/03/2004 | ○21 | NOTICE of Change of Address by Michele B. Bovio, Robert C. Frame (Stanhope, Don) (Entered: 09/08/2004) |
| 09/13/2004 | ○22 | MEMORANDUM of Law in Support of LPL's Opposition to 19 Defendant Bovio's MOTION to Dismiss for Lack of Jurisdiction filed by L.G. Philips LCD., Co. LTD. (Stanhope, Don) (Entered: 09/14/2004) |
| 09/13/2004 | ○23 | DECLARATION of Anthony C. Roth in Support of LPL's Opposition to 19 Defendant Bovio's MOTION to Dismiss for Lack of Jurisdiction by L.G. Philips LCD., Co. LTD. (Attachments: # 1 Exhibit 1-38 NOT SCANNED)(Stanhope, Don) (Entered: 09/14/2004) |
| 09/14/2004 | ○ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 18 Motion for Leave to File Opposition to Defendant Frame's Motion to File Reply (Hourihan, Lisa) (Entered: 09/14/2004) |
| 09/20/2004 | ○25 | SUMMONS Returned Executed on Service Abroad in |

| | | |
|---|---|---|
| | | Compliance with the Hague Convention Michele B. Bovio served on 9/8/2004, answer due 9/28/2004. (Stanhope, Don) (Entered: 09/21/2004) |
| 09/23/2004 | ●26 | Defendant Michele B. Bovio's MOTION for Leave to File a Reply Memorandum of Law in Support of His Motion to Dismiss for Lack of Personal Jurisdiction by Michele B. Bovio. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Stanhope, Don) (Entered: 09/24/2004) |
| 10/07/2004 | ●27 | Opposition to Bovio's 26 MOTION for Leave to File a Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction. filed by L.G. Philips LCD., Co. LTD. (Stanhope, Don) (Entered: 10/12/2004) |
| 10/07/2004 | ●28 | DECLARATION of Martha J. Hopkins in Support of 27 Opposition to Motion for Leave to File Reply in Support of his Motion to Dismiss. by L.G. Philips LCD., Co. LTD. (Stanhope, Don) (Entered: 10/12/2004) |
| 10/17/2004 | ● | Judge Reginald C. Lindsay : electronic ORDER entered granting in part and denying in part 15 MOTION of Defendant Robert C. Frame for Leave to File a Reply Brief in Support of his FRCP 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction. The reply shall be limited to the issues enumerated as "Fourth," "Sixth," and "Seventh" in the motion. Further, the reply shall not exceed ten, double-spaced pages with customary margins.(Lindsay, Reginald) (Entered: 10/17/2004) |
| 10/22/2004 | ●29 | Defendant Robert C. Frame's REPLY Memorandum of Law in Support of his Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by Robert C. Frame. (Attachments: # 1 Exhibit A NOT SCANNED)(Stanhope, Don) (Entered: 10/25/2004) |
| 12/01/2004 | ●30 | NOTICE of Hearing on Motion 10 MOTION to Dismiss for Lack of Jurisdiction, 19 MOTION to |

|  |  |  |
|---|---|---|
|  |  | Dismiss for Lack of Jurisdiction: Motion Hearing set for 1/10/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 12/01/2004) |
| 12/23/2004 | ◑ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 26 Defendant Michele B. Bovio's MOTION for Leave to File a Reply Memorandum of Law in Support of His Motion to Dismiss for Lack of Personal Jurisdiction by Michele B. Bovio. Because this motion contains substantive argument in reply to the plaintiff's opposition to the motion to dismiss, the court will treat the present motion as Bovio's reply and the plaintiff's opposition to the present motion as the plaintiff's sur-reply. (Lindsay, Reginald) (Entered: 12/23/2004) |
| 01/10/2005 | ◑ | Judge Reginald C. Lindsay : ElectronicORDER entered granting 10 MOTION to Dismiss for Lack of Subject Matter Jurisdiction by Robert C. Frame. For reasons stated on the record at the hearing, the plaintiff has not shown that an actual controversy exists. In particular, the plaintiff has not shown that defendant Frame has a concrete financial interest in the patents at issue or the underlying technology, such as would give him standing to sue the plaintiff under 35 U.S.C. sec. 256. Moreover, Frame has stated through his counsel, by letter to the plaintiff's counsel and in open court, that he will not sue the plaintiff to correct inventorship under sec. 256. (RCL, law2) (Entered: 01/10/2005) |
| 01/10/2005 | ◑ | Judge Reginald C. Lindsay : ElectronicORDER entered finding as moot 19 MOTION to Dismiss for Lack of Personal Jurisdiction by Michele B. Bovio. The reasons for this ruling were stated at the hearing. Specifically, in light of Bovio's representation, through counsel, in open court that he will not sue the plaintiff to correct inventorship of the technology at issue in this case under 35 U.S.C. sec. 256, the court lacks |

| | | |
|---|---|---|
| | | subject matter jurisdiction over the claim against Bovio for the same reasons it lacks subject matter jurisdiction over the claim against co-defendant Frame. Therefore, the court need not reach Bovio's assertion that personal jurisdiction is lacking. (RCL, law2) (Entered: 01/10/2005) |
| 01/10/2005 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay : Motion Hearing held on 1/10/2005 re 10 MOTION to Dismiss for Lack of Subject Matter Jurisdiction by Robert C. Frame; 19 MOTION to Dismiss for Lack of Personal Jurisdiction by Michele B. Bovio. The judge granted 10 MOTION to Dismiss for Lack of Subject Matter Jurisdiction by Robert C. Frame; and found as moot 19 MOTION to Dismiss for Lack of Personal Jurisdiction by Michele B. Bovio. The reasons for these rulings were stated on the record at the hearing. (RCL, law2) (Entered: 01/10/2005) |
| 01/11/2005 | 31 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendants against plaintiff (Hourihan, Lisa) (Entered: 01/11/2005) |
| 01/19/2005 | 32 | TRANSCRIPT of Motions Hearing held on January 10, 2005 before Judge Lindsay. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/19/2005) |
| 02/09/2005 | 33 | NOTICE OF APPEAL to the United States Court of Appeals for the Federal Circuit. by L.G. Philips LCD., Co. LTD. $ 255, receipt number 61981 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm |

|  |  | MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/1/2005. (Stanhope, Don) (Entered: 02/14/2005) |