NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition
Is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

05-1240

LG. PHILIPS LCD., CO. LTD.,

Plaintiff-Appellant,

v.

MICHELE B. BOVIO and ROBERT C. FRAME,

Defendants-Appellees.

# JUDGMENT

**ON APPEAL from the** UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**In CASE NO(S).**  04-CV-11076

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 2 2005

JAN HORBALY
CLERK

**This CAUSE having been heard and considered, it is**

**ORDERED and ADJUDGED:**

PER CURIAM (LOURIE, RADER, and LINN, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

**ENTERED BY ORDER OF THE COURT**

**DATED** DEC 1 2 2005

*[signature: Jan Horbaly]*

JAN HORBALY, CLERK