NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition
Is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

05-1240

LG. PHILIPS LCD., CO. LTD.,

Plaintiff-Appellant,

v.

MICHELE B. BOVIO and ROBERT C. FRAME,

Defendants-Appellees.

## JUDGMENT

**ON APPEAL from the** UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**In CASE NO(S).**    04-CV-11076

**This CAUSE having been heard and considered, it is**

**ORDERED and ADJUDGED:**

PER CURIAM (LOURIE, RADER, and LINN, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 2 2005

JAN HORBALY
CLERK

*ENTERED BY ORDER OF THE COURT*

DATED  DEC 1 2 2005

JAN HORBALY, CLERK

**ISSUED AS A MANDATE:** FEB - 3 2006